UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James Steele,<br><br>Plaintiff,<br>v.<br><br>Alliance One, Inc.,<br><br>Defendant. | Civil Action No.: 2:10-cv-00981-TJS |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)

Plaintiff, James Steele, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 12, 2010

Respectfully submitted,

By: /s/ Jody Burton

Jody Burton (Bar No. 71681 )
Lemberg & Associates L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2010, I electronically filed the foregoing with the Clerk of the District Court of the Eastern District of Pennsylvania using the CM/ECF system:

By: /s/ Jody Burton
Jody Burton, Esq.